ACCEPTED
03-14-00169-CR
5237092
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 4:18:41 PM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/11/2015 4:18:41 PM
JEFFREY D. KYLE
Clerk

May 7, 2015

Third Court of Appeals
PO Box 12547
Austin, Texas   78701

Re:     Jose Eduardo Torres v. The State of Texas, Appeal No. 03-14-00169-CR

Dear Clerk of the Court:

       In accordance with Rule 48.4, I certify that on May 7, 2015, I sent a copy of this Court's Opinion to Jose Eduardo Torres at his last known address.   That letter also advised Jose Eduardo Torres of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68.   The letter and opinion were mailed using certified mail, return receipt requested.

       I am also enclosing a copy of this letter which I would like file-marked and returned to me.   If you have any questions, please feel free to contact me.

                                        Sincerely,

                                        Robert A. Jimenez

Enclosures

SAN ANTONIO
HEADQUARTERS
8930 Fourwinds Drive Suite 106
San Antonio Texas 78239-1971
Tel 210.590.1844 Fax 210.590.1845

SAN ANTONIO
IMMIGRATION COURT BLDG
800 Dolorosa Suite 100
San Antonio Texas 78207-4519
Tel 210.354.1844 Fax 210.212.2116

AUSTIN
611 South Congress, Suite 430
Austin Texas 78704
Tel 512.222.1284 Fax 512.445.7093

HOUSTON
801 Sawyer Suite 230
Houston Texas 77007
Tel 713.373.3165 Fax 713.802.2898



May 7, 2015

DE MOTT McCHESNEY
CURTRIGHT & ARMENDÁRIZ
LLP

Jose Eduardo Torres
663 Waukee Pass
San Antonio, Texas   78260

Re:                      Jose Eduardo Torres v. The State of Texas

Appeal Number:     03-14-00169-CR

Trial Number:        CR2013-127

Mr. Torres

Today, I received the opinion from the Third Court of Appeals.   I am also enclosing the judgment from that court.   The Court of Appeals ruled against you in that they found there was sufficient evidence to convict you, and that there was no reversible error in the judge's denial of your habeas petition.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas.   The Court of Criminal Appeals is not required to hear appeals, unlike the Third Court of Appeals.   The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Third Court of Appeals pursuant to Texas Rule of Appellate Procedure 68.   The date of the opinion was April 29, 2015, so a PDR would be due to be filed with the Third Court of Appeals no later than May 29, 2015.   The Third Court of Appeals would forward any PDR to the Court of Criminal Appeals.   The address to the Third Court of Appeals is PO Box 12547, Austin, Texas 78701.   I do feel that grounds exist justifying the filing of a PDR in your case, because I do not believe the proper standard was applied to your case and I believe there is disagreement between the Courts of Appeals in Texas as to what prejudice standard should be used. Should you be unable to retain me to file for PDR, it would be up to you to draft and file the PDR in a timely manner.

Feel free to contact me if you have any questions.

SAN ANTONIO
HEADQUARTERS
8930 Fourwinds Drive, Suite 106
San Antonio Texas 78239-1971
Tel 210.590.1844  Fax 210.590.1845

SAN ANTONIO
IMMIGRATION COURT BLDG
800 Dolorosa, Suite 100
San Antonio, Texas 78207-4519
Tel 210.354.1844  Fax 210.212.2116

AUSTIN
611 South Congress, Suite 430
Austin, Texas 78704
Tel 512.222.1284  Fax 512.445.7093

HOUSTON
601 Sawyer, Suite 280
Houston, Texas 77007
Tel 713.373.3765  Fax 713.802.2698

Sincerely,

Robert A. Jimenéz

De Mott McChesney
Curtright & Armendáriz
LLP

IMMIGRATION LAW & CRIMINAL DEFENSE · DMCAUSA.COM · TOLL FREE 1.866.690.1844

**SAN ANTONIO**
**HEADQUARTERS**
8930 Fourwinds Drive, Suite 100
San Antonio, Texas 78239-1971
Tel 210 590 1844  Fax 210 590 1845

**SAN ANTONIO**
**IMMIGRATION COURT BLDG**
800 Dolorosa, Suite 100
San Antonio, Texas 78207-4519
Tel 210 354 1844  Fax 210 212 2118

**AUSTIN**
611 South Congress, Suite 430
Austin, Texas 78704
Tel 512 222 1284  Fax 512 465 7093

**HOUSTON**
801 Sawyer, Suite 280
Houston, Texas 77007
Tel 713 373 3765  Fax 713 802 2698